# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BUDWIG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT AIR, LLC and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 1:18-cv-01068-LJO-EPG<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**<br><br>(ECF No. 4) |

Pursuant to the Stipulation of the Parties (ECF No. 4) and finding good cause for granting the requested continuance of the scheduling conference,

IT IS ORDERED that the initial scheduling conference, currently scheduled for October 23, 2018, at 10:30 AM, is VACATED and RESET to December 13, 2018, at 10:30 AM.

IT IS SO ORDERED.

Dated: **September 25, 2018**       /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE