1  LINDSAY HUTNER (SBN 238998)
   TAYANAH MILLER (SBN 299123)
2  GREENBERG TRAURIG, LLP
   Four Embarcadero Center, Suite 3000
3  San Francisco, CA 94111
   Telephone: (415) 655-1300
4  Facsimile: (415) 358-8139
   hutnerl@gtlaw.com
5  millerta@gtlaw.com

6  Attorneys for Defendant
   ALLEGIANT AIR, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE BUDWIG, an individual<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT AIR, LLC; and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 1:18-CV-01068-LJO-EPG<br><br>**STIPULATION AND ORDER TO EXTEND THE PARTIES' LAST DAY TO COMPLETE NON-EXPERT DISCOVERY**<br><br>**(ECF No. 24)** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD

Defendant ALLEGIANT AIR, LLC and Plaintiff MICHELLE BUDWIG (collectively the "Parties") by and through their respective counsel of record, hereby agree and stipulate as follows:

On December 21, 2018, the Court entered a Scheduling Conference Order ("Order") (Dkt. 12), setting the following deadlines and dates:

| Event | Date |
| --- | --- |
| Initial Disclosures | January 11, 2019 |
| Non-Expert Discovery Cut-Off | September 13, 2019 |
| Expert Disclosure | October 15, 2019 |
| Rebuttal Expert Disclosure | November 14, 2019 |
| Expert Discovery Cut-Off | January 10, 2020 |
| Dispositive Motion Filing Deadline | February 18, 2020 |
| Mid-Discovery Conference | June 26, 2019 |
| Pretrial Conference | June 25, 2020 |
| Jury Trial | August 25, 2010 |

On June 4, 2019, the Parties participated in a pre-settlement conference call regarding a Settlement Conference scheduled for June 13, 2019. In light of the significant numerical difference between Plaintiff's settlement demand and Defendant's response thereto, the Court postponed the Settlement Conference to October 15, 2019.

On June 26, 2019, the Parties participated in a Mid-Discovery Status Conference with Magistrate Judge Grosjean, where the Parties discussed the potential need to extend the non-expert discovery cut-off date beyond September 13, 2019. The Court modified the December 21, 2018, Scheduling Conference Order as follows:

| **Event** | **Date** |
|---|---|
| Expert Disclosure | November 15, 2019 |
| Rebuttal Expert Disclosure | December 18, 2019 |
| Expert Discovery Cut-Off | January 31, 2020 |

The Court did not modify any other previously set dates at that time.

The Parties, now, jointly stipulate and request of this Court that the deadline for completion of non-expert discovery should be extended from September 13, 2019 to **October 30, 2019**, in order to allow the Parties to complete necessary depositions.

The Parties request no other modifications to the Scheduling Conference Order.

This stipulation is made for good cause and not for the purpose of delay.

NOW, THEREFORE, IT IS AGREED AS FOLLOWS:

1. The Parties deadline for completion of non-expert discovery should be extended from September 13, 2019 to **October 30, 2019**.

IT IS SO STIPULATED:


Dated: _____ **TOMASSIAN, PIMENTEL & SHAPAZIAN**


BY:_____
   Larry Shapazian
   Attorneys for Plaintiff


Dated: _____ **GREENBERG TRAURIG, LLP**


BY:_____
   Lindsay E. Hutner
   Attorneys for Defendant
   ALLEGIANT AIR, LLC.

# ORDER

The Court, having review the Stipulation of the parties (ECF No. 24) and finding good cause, hereby ORDERS as follows:

1. The Parties' deadline to complete non-expert discovery is extended from September 13, 2019 to **October 30, 2019**.

IT IS SO ORDERED.

Dated: **September 12, 2019**

/s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE