UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHELLE BUDWIG,

        Plaintiff,

v.

ALLEGIANT AIR, LLC,

        Defendant.

Case No. 1:18-cv-01068-EPG

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**

(ECF No. 51)

Plaintiff requests an additional extension of time to file his opposition to the pending motion for summary judgment filed by Defendants (ECF No. 51). Plaintiff requests that the deadline for his opposition be extended to April 4, 2020, citing the state of emergency and shelter-in-place orders related to COVID-19. Based on the uncertainty and evolving situation, the Court finds good cause for and will accordingly grant the requested extension of time for Plaintiff to file his opposition brief.

IT IS ORDERED that the deadline for Plaintiff to file his opposition to Defendant's motion for summary judgment is extended to **April 6, 2020**. The deadline for Defendant's reply brief is extended to **April 20, 2020**. The hearing, currently set for April 24, 2020, is vacated, to be reset, if necessary, following the Court's review of the parties' submissions.

IT IS SO ORDERED.

Dated: **March 23, 2020**        /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE