# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BUDWIG,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLEGIANT AIR, LLC,<br><br>    Defendant. | Case No. 1:18-cv-01068-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL<br><br>(ECF No. 73) |

Plaintiff Michelle Budwig and Defendant Allegiant Air, LLC, have filed a stipulation to dismiss this matter. (ECF No. 73). In light of the stipulation, the case has ended and is dismissed. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **April 7, 2021**          /s/ Erica P. Grosjean
                        UNITED STATES MAGISTRATE JUDGE